**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KERETA RAJKUMAR<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE TRANSIT CORPORATION | Civ. No. 23-624-SRF |

**NOTICE OF SETTLEMENT**

The parties hereby notify the Court that Plaintiff Kereta Rajkumar and Defendant, Delaware Transit Corporation, by and through undersigned counsel, have agreed to settlement in this case. The parties will file a Stipulation of Dismissal after execution of a full Settlement Agreement.

Respectfully submitted,

| **SWARTZ SWIDLER, LLC** | **STATE of DELAWARE**<br>**DEPARTMENT OF JUSTICE** |
|---|---|
| By:*/s/ Manali Arora*<br>Manali Arora, *pro hac vice*<br>9 Tanner Street, Suite 101<br>Haddonfield NJ 08034<br>(856) 685-7420<br>*Attorneys for Plaintiff* | By:*/s/Colleen E. Durkin*<br>Colleen E. Durkin (#5886)<br>Deputy Attorney General<br>820 North French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>*Attorneys for Defendant* |